

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main:  (856) 757-5105*
*Direct:  (856) 757-5031*
*sarina.kaplan@usdoj.gov*

April 23, 2026

**Via ECF**

Hon. Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg Post Office and Courthouse
2 Federal Square
Newark, NJ 07102

> **Re:**   ***Olagunju v. U.S. Dept. of Homeland Security, et al.,***
> **Civil Action No. 24-0446 (MEF)**
> **Unopposed Request for Extension to Answer**

Dear Judge Farbiarz:

This Office represents Federal Defendants in the above-captioned matter, which seeks to compel USCIS to adjudicate Plaintiff Yetunde Olagunju's asylum application.  I write, with the consent of Plaintiff's counsel, to respectfully request an extension of time—from April 27, 2026, until August 27, 2026—of the deadline to respond to the complaint.

On April 23, 2026, United States Citizenship & Immigration Services ("USCIS") issued a notice of asylum interview, scheduled for June 8, 2026.  The additional time requested may allow USCIS to adjudicate Plaintiff's application, thereby resolving the case without further litigation. This is Federal Defendants' first request for an extension of the response deadline, and Plaintiff's counsel has graciously agreed to the request.

If our extension request is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket.

Thank you very much for your consideration of our request.

2

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.

Date:  4/24/26

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:_s/ Sarina Kaplan_____
    SARINA KAPLAN
    Assistant United States Attorney
    *Attorneys for Defendants*

cc:     Counsel of Record (By ECF)

2